# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| JEFFREY MICHAEL HUTCHISON ) | CASE NUMBER G14-20455-JRS |
| ) | |
| DEBTOR ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

COMES NOW Nancy Whaley, Standing Chapter 13 Trustee, in the above styled matter, and withdraws the Motion To Dismiss filed by the Trustee.

Respectfully Submitted,

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No.:  G14-20455-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee withdraws the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JEFFREY MICHAEL HUTCHISON
416 BRIARWOOD RD
WINDER, GA  30680

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee withdraws the Trustee's Motion to Dismiss through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC
court@legalatlanta.com

This the 17th day of December, 2018.

/s/_____
  Eric W. Roach
  Attorney for the Chapter 13 Trustee
  State Bar No. 143194
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201